## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joshua Gort

                Plaintiff,                Civil 10-2813 (PAM/JJG)

v.

                                          **ORDER OF DISMISSAL**

National Recovery Services, LLC

                Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March __4__ , 2011

                                                  *s/Paul A. Magnuson*
                                                  Paul A. Magnuson, Judge
                                                  United States District Court