## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JOSHUA GORT,

                Plaintiff,        COURT FILE NO.: 10-cv-2813-PAM-JJG

v.                                       **ORDER OF DISMISSAL**
                                                  **WITH PREJUDICE**

NATIONAL RECOVERY SERVICES,
LLC,

                Defendant.

Based upon the stipulation of counsel, and all files, records and proceedings herein, **IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed, with prejudice and on the merits, and without costs, disbursements or attorneys' fees to any party.

                                                            **BY THE COURT:**

Dated:  March   19   , 2011.

                                                     s/Paul A. Magnuson
                                                     Honorable Paul A. Magnuson
                                                     Judge of U.S. District Court